**United States Bankruptcy Court**
**Eastern District of Virginia**

In re Yvonne Wood

Case No. 24-30926-KLP

Debtor(s)

Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Yvonne Wood filed
(Name(s) of debtor(s))
reaffirmation documents on June 13, 2024
(Date filed)
made between the debtor(s) and the creditor Argent Federal Credit Union.
(Name of creditor)
(*If applicable*) The court held the hearing required by 11 U.S.C. § 524(d) or § 524(m), on notice to the debtor(s) and the creditor on ________________.
(Date)

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on ________________, to be held at ________________________.

☑ Upon review of the reaffirmation agreement, the Court finds that no action or hearing on the reaffirmation agreement is necessary or warranted.

☐

BY THE COURT

Date: Jun 17 2024

/s/ Keith L Phillips
*United States Bankruptcy Judge*

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jun 17 2024

[2400Cedva ver. 10/23]

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 24-30926-KLP
Yvonne Wood Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: RenierJes Page 1 of 1
Date Rcvd: Jun 17, 2024 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne Wood, Po Box 1082, Powhatan, VA 23139-1082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Mark Winslow | on behalf of Debtor Yvonne Wood chris@chriswinslow.com bankruptcy@wmmlegal.com;r44317@notify.bestcase.com;winslowbk@gmail.com;adrienne@wmmlegal.com |
| Edward S. Whitlock, III | on behalf of Debtor Yvonne Wood ewhitlock@lawplc.com smilburn@lawplc.com;jfischer@lawplc.com;taylor.holloman@lawplc.com;ECFNotices@lawplc.com |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Peter J. Barrett | peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |

TOTAL: 4